UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MARIANI, RANDALL SALVATORE | § | Case No. 11-12196 |
| MARIANI, LISA MARIE | § | |
| | §          Jon.M anuel Barbas | |
| Debtor(s) | §          (Jane Couty) | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                 $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg, Trustee_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-12196 MB Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MARIANI, RANDALL SALVATORE | Date Filed (f) or Converted (c): | 03/24/11 (f) |
|  | MARIANI, LISA MARIE | 341(a) Meeting Date: | 05/16/11 |
| For Period Ending: | 10/24/11 | Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11N625 Stoneridge Court, Elgin, IL 60124. Debtors' residence. Stay lifted 4/7/2011 | 480,000.00 | 0.00 |  | 0.00 | FA |
| 2. Sheraton Vistana Resort, POB 22051 Lake Buena Vist  no resale value | 0.00 | 0.00 |  | 0.00 | FA |
| 3. Silverleaf Resort, POB 130358, Dallas, TX 75221-03  no resale value | 0.00 | 0.00 |  | 0.00 | FA |
| 4. The Shearwater, POB 3099, Princeville, Kauai, HI T  no resale value | 0.00 | 0.00 |  | 0.00 | FA |
| 5. The Sedona Summit Resort, POB 1243, Sedona, AZ 863  no resale value | 0.00 | 0.00 |  | 0.00 | FA |
| 6. Wyndham Vacation Resort, POB 414504, Boston, MA 02  no resale value | 0.00 | 0.00 |  | 0.00 | FA |
| 7. Cash on hand | 300.00 | 0.00 |  | 0.00 | FA |
| 8. Harris Bank - Acct. number 0701006177 | 100.00 | 0.00 |  | 0.00 | FA |
| 9. Household Goods, Furnishings, Appliances and Elect | 2,500.00 | 0.00 |  | 0.00 | FA |
| 10. Necessary wearing apparel | 1,000.00 | 0.00 |  | 0.00 | FA |
| 11. Engagement Ring | 4,750.00 | 0.00 |  | 0.00 | FA |
| 12. Roth IRA State Street Bank & Trust Large Cap Value | 2,537.75 | 0.00 |  | 0.00 | FA |
| 13. State Street Bank & Trust Goldman Sachs Equity GR | 9,044.71 | 0.00 |  | 0.00 | FA |
| 14. State Street Bank & Trust Roth IRA Large Cap Value | 2,537.75 | 0.00 |  | 0.00 | FA |
| 15. Stock in Park U.S.A., Inc. Husband sole shareholde | 0.00 | 0.00 |  | 0.00 | FA |
| 16. Stock in V.I.P. Valet Services, Inc. shareholder. | 0.00 | 0.00 |  | 0.00 | FA |
| 17. 2000 Ford Windstar with over 100,000 miles in fair | 2,150.00 | 0.00 |  | 0.00 | FA |
| 18. Miscellaneous office equipment | 200.00 | 0.00 |  | 0.00 | FA |
| 19. LIQUIDATED CLAIMS (u)  Trustee settled with Debtor, pursuant to this Court's order dated 8/18/11, | 0.00 | 7,500.00 |  | 7,500.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                               Ver: 16.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No:     11-12196    MB    Judge: MANUEL BARBOSA  
Case Name:   MARIANI, RANDALL SALVATORE  
             MARIANI, LISA MARIE

Trustee Name:                      Elizabeth C. Berg, Trustee  
Date Filed (f) or Converted (c):   03/24/11 (f)  
341(a) Meeting Date:               05/16/11  
Claims Bar Date:                   10/11/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| to recover a tax refund recieved by the Debtors post-petition and used to pay Kane County taxes | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.08 | Unknown |

TOTALS (Excluding Unknown Values)    $505,120.21    $7,500.00           $7,500.08    Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors received a 2010 tax refund post-petition and used it to pay Kane County real estate taxes; pursuant to this
Court's order dated 8/18/11, Trustee settled with the Debtors to recover the funds; Trustee reviewed claims

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                       Ver: 16.04c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-12196 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MARIANI, RANDALL SALVATORE | Bank Name: | Bank of America, N.A. |
|  | MARIANI, LISA MARIE | Account Number / CD #: | *******4316  Money Market Account |
| Taxpayer ID No: | *******0977 |  |  |
| For Period Ending: | 10/24/11 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/19/11 | 19 | Randall S. Mariani<br>Lisa M. Mariani<br>11N625 Stoneridge Court<br>Elgin, IL 60124 |  | 1249-000 | 7,500.00 |  | 7,500.00 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 |  | 7,500.02 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 |  | 7,500.08 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,500.08 | 0.00 | 7,500.08 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 7,500.08 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 7,500.08 | 0.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******4316 | 7,500.08 | 0.00 | 7,500.08 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 7,500.08 | 0.00 | 7,500.08 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,500.08    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.04c

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: October 26, 2011 |

Case Number:   11-12196  
Debtor Name:   MARIANI, RANDALL SALVATORE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,500.00 | $0.00 | $1,500.00 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,252.00 | $0.00 | $1,252.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,476.72 | $0.00 | $4,476.72 |
| 000002<br>070<br>7100-00 | CANDICA L.L.C. (for Juniper/Barclays)<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $4,290.83 | $0.00 | $4,290.83 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $10,392.90 | $0.00 | $10,392.90 |
| 000004<br>070<br>7100-00 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $3,079.76 | $0.00 | $3,079.76 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,425.76 | $0.00 | $6,425.76 |
| | Case Totals: | | | $31,417.97 | $0.00 | $31,417.97 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-12196
Case Name: MARIANI, RANDALL SALVATORE
    MARIANI, LISA MARIE
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | CANDICA L.L.C. (for Juniper/Barclays) | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | Capital One, N.A | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE