# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MARIANI, RANDALL SALVATORE § Case No. 11-12196
MARIANI, LISA MARIE §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Thursday, December 15, 2011
in Courtroom 250 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth S. Gardner_____

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MARIANI, RANDALL SALVATORE § Case No. 11-12196
MARIANI, LISA MARIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.08 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,500.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 1,252.00 | $ 0.00 | $ 1,252.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,752.00 |
| Remaining Balance | $ 4,748.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,665.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,476.72 | $ 0.00 | $ 741.51 |
| 000002 | CANDICA L.L.C. (for Juniper/Barclays) | $ 4,290.83 | $ 0.00 | $ 710.72 |
| 000003 | Capital One Bank (USA), N.A. | $ 10,392.90 | $ 0.00 | $ 1,721.45 |
| 000004 | Capital One,N.A | $ 3,079.76 | $ 0.00 | $ 510.12 |
| 000005 | Chase Bank USA, N.A. | $ 6,425.76 | $ 0.00 | $ 1,064.34 |

Total to be paid to timely general unsecured creditors         $         4,748.14

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
          Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 11-12196-MB
Randall Salvatore Mariani                                         Chapter 7
Lisa Marie Mariani
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dpruitt           Page 1 of 1           Date Rcvd: Nov 10, 2011
                             Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
```
 db/jdb     +Randall Salvatore Mariani,    Lisa Marie Mariani,    11N625 Stoneridge Court,
              Elgin, IL 60124-8165
17008884    +Barclays Bank Delaware,    Bankruptcy Dept.,    1007 North Orange Street,
              Wilmington, DE 19801-1239
17537885    +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
17008886   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    P.O. Box 85015,    Bankruptcy Dept.,
              Richmond, VA 23285-5015)
17008885     Capital One,    P.O. Box 30285,    Bankruptcy Dept.,    Salt Lake City, UT 84130-0285
17601207     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
17608513    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17008887    +Chase,    Bankruptcy Dept.,    201 North Walnut Street,    Wilmington, DE 19801-2920
17008888     Chase,    P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
17008889    +Chase,    Bankruptcy Dept.,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
17629972     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17008893    +HSBC,    Bankruptcy Dept.,    1441 Schilling Place,    Salinas, CA 93901-4543
17008892     HSBC,    Bankruptcy Dept.,    P.O. Box 80084,    Salinas, CA 93912-0084
17008897     IndyMac Mortgage Company,    Bankruptcy Dept.,    POB 78826,    Phoenix, AZ 85062-8826
17008896    +IndyMac Mortgage Company,    Bankruptcy Dept.,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
17008894     IndyMac Mortgage Company,    Bankruptcy Dept.,    POB 4045,    Kalamazoo, MI 49003-4045
17008898     Juniper Master Card,    Bankruptcy Dept.,    POB 8802,    Wilmington, DE 19899-8802
17008901     Wyndham Vacation Resort,    Bankruptcy Dept.,    POB 414504,    Boston, MA 02241-4504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17008890     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover,    P.O. Box 3008,
              Bankruptcy Dept.,    New Albany, OH 43054-3008
17533651     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17008891    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover Fin Svcs Llc,
              Po Box 15316,    Bankruptcy Dept.,    Wilmington, DE 19850-5316
17008899     E-mail/PDF: cr-bankruptcy@kohls.com Nov 10 2011 21:39:21     Kohl’s,    Bankruptcy Dept.,
              POB 2983,    Milwaukee, WI 53201-2983
17008900    +E-mail/PDF: cr-bankruptcy@kohls.com Nov 10 2011 21:39:21     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Bankruptcy Dept.,    Menomonee Falls, WI 53051-5660
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17008895*      IndyMac Mortgage Company,    Bankruptcy Dept.,    POB 4045,    Kalamazoo, MI 49003-4045
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**            **Signature:** *Joseph Speetjens*