UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
MARIANI, RANDALL SALVATORE                §     Case No. 11-12196 MB
MARIANI, LISA MARIE                       §
                                          §
                                          §
        Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Elizabeth C. Berg, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | IndyMac Mortgage Company<br>Bankruptcy Dept. POB 4045<br>Kalamazoo, MI 49003-4045 |  |  |  |  |  |
|  | IndyMac Mortgage Company<br>Bankruptcy Dept. POB 4045<br>Kalamazoo, MI 49003-4045 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wyndham Vacation Resort Bankruptcy Dept. POB 414504 Boston, MA 02241-4504 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | | | |
| | HSBC Bankruptcy Dept. P.O. Box 80084 Salinas, CA 93912-0084 | | | | | |
| 000002 | CANDICA L.L.C. | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE,N.A | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

FORM 1 - RANDALL & LISA MARIANI
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 11-12196 MB Judge: MANUEL BARBOSA | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARIANI, RANDALL SALVATORE | | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | MARIANI, LISA MARIE | | 341(a) Meeting Date: | 05/16/11 |
| For Period Ending: | 07/03/12 | | Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11N625 Stoneridge Court, Elgin, IL 60124. Debtors' residence. Stay lifted 4/7/2011 | 480,000.00 | 0.00 | | 0.00 | FA |
| 2. Sheraton Vistana Resort, POB 22051 Lake Buena Vist no resale value | 0.00 | 0.00 | | 0.00 | FA |
| 3. Silverleaf Resort, POB 130358, Dallas, TX 75221-03 no resale value | 0.00 | 0.00 | | 0.00 | FA |
| 4. The Shearwater, POB 3099, Princeville, Kauai, HI T no resale value | 0.00 | 0.00 | | 0.00 | FA |
| 5. The Sedona Summit Resort, POB 1243, Sedona, AZ 863 no resale value | 0.00 | 0.00 | | 0.00 | FA |
| 6. Wyndham Vacation Resort, POB 414504, Boston, MA 02 no resale value | 0.00 | 0.00 | | 0.00 | FA |
| 7. Cash on hand | 300.00 | 0.00 | | 0.00 | FA |
| 8. Harris Bank - Acct. number 0701006177 | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods, Furnishings, Appliances and Elect | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

FORM 1 - RANDALL & LISA MARIANI
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-12196 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARIANI, RANDALL SALVATORE | | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | MARIANI, LISA MARIE | | 341(a) Meeting Date: | 05/16/11 |
| | | | Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Engagement Ring | 4,750.00 | 0.00 | | 0.00 | FA |
| 12. Roth IRA State Street Bank & Trust Large Cap Value | 2,537.75 | 0.00 | | 0.00 | FA |
| 13. State Street Bank & Trust Goldman Sachs Equity GR | 9,044.71 | 0.00 | | 0.00 | FA |
| 14. State Street Bank & Trust Roth IRA Large Cap Value | 2,537.75 | 0.00 | | 0.00 | FA |
| 15. Stock in Park U.S.A., Inc. Husband sole shareholde | 0.00 | 0.00 | | 0.00 | FA |
| 16. Stock in V.I.P. Valet Services, Inc. shareholder. | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2000 Ford Windstar with over 100,000 miles in fair | 2,150.00 | 0.00 | | 0.00 | FA |
| 18. Miscellaneous office equipment | 200.00 | 0.00 | | 0.00 | FA |
| 19. LIQUIDATED CLAIMS (u) Trustee settled with Debtor, pursuant to this Court's order dated 8/18/11, to recover a tax refund recieved by the Debtors post-petition and used to pay Kane County taxes | 0.00 | 7,500.00 | | 7,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.23 | FA |

TOTALS (Excluding Unknown Values)        $505,120.21        $7,500.00        $7,500.23        Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1 - RANDALL & LISA MARIANI**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-12196    MB    Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MARIANI, RANDALL SALVATORE | Date Filed (f) or Converted (c): | 03/24/11 (f) |
| | MARIANI, LISA MARIE | 341(a) Meeting Date: | 05/16/11 |
| | | Claims Bar Date: | 10/11/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors received a 2010 tax refund post-petition and used it to pay Kane County real estate taxes; pursuant to this

Court's order dated 8/18/11, Trustee settled with the Debtors to recover the funds; Trustee reviewed claims; final

report was filed 11/10/11; final hearing held 12/15/11; Trustee made final distribution; upon receipt of zero balance

bank statement, Trustee will prepare her TDR and close case

Initial Projected Date of Final Report (TFR): 11/10/11       Current Projected Date of Final Report (TFR): 11/10/11

           /s/    Elizabeth C. Berg, Trustee
_____ Date: 07/03/12
           ELIZABETH C. BERG, TRUSTEE

LFORM1                                                                                                                    Ver: 16.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2 RANDALL & LISA MARIANI

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-12196 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MARIANI, RANDALL SALVATORE | | Bank Name: | Bank of America, N.A. |
| | MARIANI, LISA MARIE | | Account Number / CD #: | *******4316 Money Market Account |
| Taxpayer ID No: | *******0977 | | | |
| For Period Ending: | 07/03/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/19/11 | 19 | Randall S. Mariani<br>Lisa M. Mariani<br>11N625 Stoneridge Court<br>Elgin, IL 60124 | | 1249-000 | 7,500.00 | | 7,500.00 |
| C 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 7,500.02 |
| C 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,500.08 |
| C 10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,500.14 |
| C 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,500.20 |
| C 12/19/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 7,500.23 |
| C 12/19/11 | | Transfer to Acct #*******4390 | Final Posting Transfer<br>to close account for final distribution | 9999-000 | | 7,500.23 | 0.00 |

Page Subtotals   7,500.23   7,500.23

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2                                                                                                    Page: 2
FOR RANDALL & LISA MARIANI                                                                                Exhibit 9
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12196 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARIANI, RANDALL SALVATORE | | Bank Name: | Bank of America, N.A. |
| | MARIANI, LISA MARIE | | Account Number / CD #: | *******4316  Money Market Account |
| Taxpayer ID No: | *******0977 | | | |
| For Period Ending: | 07/03/12 | | Blanket Bond (per case limit): | $  100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,500.23 | 7,500.23 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 7,500.23 | |
| | | | Subtotal | | 7,500.23 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.23 | 0.00 | |

Page Subtotals       0.00        0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 - RANDALL & LISA MARIANI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-12196 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARIANI, RANDALL SALVATORE | | Bank Name: | Bank of America, N.A. |
| | MARIANI, LISA MARIE | | Account Number / CD #: | *******4390 Checking Account |
| Taxpayer ID No: | *******0977 | | | |
| For Period Ending: | 07/03/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 12/19/11 | | Transfer from Acct #*******4316 | Transfer In From MMA Account to close account for final distribution | 9999-000 | 7,500.23 | | 7,500.23 |
| C 12/19/11 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Compensation | 2100-000 | | 1,500.00 | 6,000.23 |
| C 12/19/11 | 003002 | Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,252.00 | 4,748.23 |
| C 12/19/11 | 003003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 16.56391% | 7100-000 | | 741.52 | 4,006.71 |
| C 12/19/11 | 003004 | CANDICA L.L.C. (for Juniper/Barclays)<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 16.56393% | 7100-000 | | 710.73 | 3,295.98 |
| C 12/19/11 | 003005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 16.56400% | 7100-000 | | 1,721.48 | 1,574.50 |
| | | | Page Subtotals | | 7,500.23 | 5,925.73 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2    RANDALL & LISA MARIANI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-12196 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARIANI, RANDALL SALVATORE | | Bank Name: | Bank of America, N.A. |
| | MARIANI, LISA MARIE | | Account Number / CD #: | *******4390 Checking Account |
| Taxpayer ID No: | *******0977 | | | |
| For Period Ending: | 07/03/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/19/11 | 003006 | Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Claim 000004, Payment 16.56395% | 7100-000 | | 510.13 | 1,064.37 |
| C  12/19/11 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 16.56411% | 7100-000 | | 1,064.37 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.23 | 7,500.23    0.00 |
| Less: Bank Transfers/CD's | 7,500.23 | 0.00 |
| Subtotal | 0.00 | 7,500.23 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 7,500.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4316 | 7,500.23 | 0.00 | 0.00 |
| Checking Account - ********4390 | 0.00 | 7,500.23 | 0.00 |
| | 7,500.23 | 7,500.23 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,574.50

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*